IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Myles, Tasha

Printed: 6/3/08

Case Number: 07 B 12293
Judge: Wedoff, Eugene R
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 17, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 553.84 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 523.93 |
| Trustee Fee: |  | 29.91 |
| Other Funds: |  | 0.00 |
| Totals: | 553.84 | 553.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 523.93 |
| 2. | B-Real LLC | Unsecured | 35.52 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 521.50 | 0.00 |
| 4. | Fairlane Credit L.L.C. | Unsecured | 789.17 | 0.00 |
| 5. | First National Credit Card | Unsecured |  | No Claim Filed |
| 6. | R & R Country Motors | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,670.19 | $ 523.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.91 |
|  | $ 29.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

